```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

**ANTHONY HAWKINS, # 167159,**      *
                                    *
    **Plaintiff,**                  *
                                    *
**vs.**                             * **CIVIL ACTION NO. 24-00448-JB-B**
                                    *
**KENNETH PETERS,**                 *
                                    *
    **Defendant.**                  *

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated July 25, 2025 (Doc. 10) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 21st day of August, 2025.

<u>/s/ JEFFREY U. BEAVERSTOCK</u>
UNITED STATES DISTRICT JUDGE